UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAE A. SAELEE,,

        Petitioner,

v.

PAMELA BONDI, ET AL,

        Respondent.

Case No. 2:25-cv-02677-TLF

ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiff's Motion to Reconsider Supplemental Briefing. Dkt. 12. For the reasons discussed below, the motion is DENIED.

"Motions for reconsideration are disfavored." LCR 7(h)(1). Such motions are ordinary denied absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id*. "Whether or not to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands of the Yakima Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Petitioner asks the Court to reconsider because "[t]he order effectively delays consideration of the habeas petition from today until 10 days from now." Dkt. 12.

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

1  Petitioner's motion does not assert a manifest error in the reasoning for this Court's
2  Order for supplemental briefing, nor does it proffer new facts or legal authority. *Id*.
3  Accordingly, Plaintiff's Motion for Reconsideration (Dkt. 12) is DENIED.

5      Dated this 14th day of January, 2026.

                                            */s/ Theresa L. Fricke*
                                            Theresa L. Fricke
                                            United States Magistrate Judge